**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04136 |
| | § | |
| JOHN M GAINES | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>02/01/2011</u>. The undersigned trustee was appointed on <u>02/01/2011</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                               $23,957.60

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $53.42 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $11,977.71 |
    | Exemptions paid to the debtor | $4,000.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $7,926.47 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/03/2011 and the deadline for filing government claims was 06/03/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,547.99. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,547.99, for a total compensation of $1,547.99[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/29/2011     By:   /s/ Horace Fox, Jr.
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1      Exhibit A

| Case No.: | 11-04136 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GAINES, JOHN M | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 12/29/2011 | | §341(a) Meeting Date: | 03/16/2011 |
| | | | Claims Bar Date: | 06/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 10 S. Brooke Lane, South Barrington, IL (purchased in 2005 for $3,800,000) | $3,000,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Cash | $50.00 | $50.00 | DA | $0.00 | FA |
| 3 | Chase Bank, 2 checking accounts | $35.00 | $35.00 | DA | $0.00 | FA |
| 4 | Itasca Bank, checking account, joint with wife, frozen by IRS levy, $23,000 approximately on deposit | $4,000.00 | $0.00 | | $23,955.42 | FA |
| | **Asset Notes:** This asset though listed at 4,000 should provide about 7988.5 after paying spouse 1/2 and paying 4,000 exemption to debtor. | | | | | |
| 5 | Misc. furnishings, household goods (gross estimate of total value including wife's interest is $5,000) | $2,500.00 | $2,500.00 | DA | $0.00 | FA |
| 6 | Usual complement of man's clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 7 | CSS Alliance Inc 100% of stock, no value net of debt | $0.00 | $0.00 | DA | $0.00 | FA |
| 8 | 1991 Mercedes 500SL (gross estimate of value is $5,000, less wife's interest) | $2,500.00 | $100.00 | DA | $0.00 | FA |
| 9 | 2007 Range Rover | $30,000.00 | $0.00 | DA | $0.00 | FA |
| 10 | 2008 Range Rover | $28,000.00 | $0.00 | DA | $0.00 | FA |
| 11 | Dogs, housepets | $0.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned    (u) | Unknown | Unknown | | $2.18 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$3,067,585.00      $2,685.00      $23,957.60      $0.00

**Major Activities affecting case closing:**
Itasca Bank checking account collected 7.25.11.

Consulted accountant, no taxes due. Need to examine claims, file objections and final report. 9.10.11

Case 11-04136 Doc 28 Filed 02/01/12 Entered 02/01/12 14:07:36 Desc Main
Document Page 4 of 14

FORM 1

Page No: 2  Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| **Case No.:** | 11-04136 | | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | GAINES, JOHN M | | | **Date Filed (f) or Converted (c):** | 02/01/2011 (f) |
| **For the Period Ending:** | 12/29/2011 | | | **§341(a) Meeting Date:** | 03/16/2011 |
| | | | | **Claims Bar Date:** | 06/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/29/2011  **Current Projected Date Of Final Report (TFR):** 12/29/2011

/s/ HORACE FOX, JR.
HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04136 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GAINES, JOHN M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4607 | | | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 2/1/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/29/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $7,979.89 | | $7,979.89 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.90 | $7,976.99 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.87 | $7,964.12 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $13.26 | $7,950.86 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.00 | $7,938.86 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.39 | $7,926.47 |
| | | | **TOTALS:** | | $7,979.89 | $53.42 | $7,926.47 |
| | | | Less: Bank transfers/CDs | | $7,979.89 | $0.00 | |
| | | | Subtotal | | $0.00 | $53.42 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $53.42 | |

| For the period of 2/1/2011 to 12/29/2011 | | For the entire history of the account between 07/25/2011 to 12/29/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,979.89 | Total Internal/Transfer Receipts: | $7,979.89 |
| | | | |
| Total Compensable Disbursements: | $53.42 | Total Compensable Disbursements: | $53.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53.42 | Total Comp/Non Comp Disbursements: | $53.42 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2     Exhibit B

| Case No. | 11-04136 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GAINES, JOHN M | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4607 | | Checking Acct #: | ******4136 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/29/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/22/2011 | | Transfer From Acct#******4136 | | 9999-000 | $15,977.71 | | $15,977.71 |
| 04/22/2011 | 2 | Patricia Gaines | Funds paid to third parties, non filing spouse, 50% of joint account, Itasca Bk. | 8500-002 | | $11,977.71 | $4,000.00 |
| 04/22/2011 | 3 | John Gaines | Exemption paid to debtor. | 8100-002 | | $4,000.00 | $0.00 |
| | | | **TOTALS:** | | $15,977.71 | $15,977.71 | $0.00 |
| | | | Less: Bank transfers/CDs | | $15,977.71 | $0.00 | |
| | | | Subtotal | | $0.00 | $15,977.71 | |
| | | | Less: Payments to debtors | | $0.00 | $4,000.00 | |
| | | | Net | | $0.00 | $11,977.71 | |

**For the period of 2/1/2011 to 12/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,977.71 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $15,977.71 |
| Total Comp/Non Comp Disbursements: | $15,977.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/22/2011 to 12/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,977.71 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $15,977.71 |
| Total Comp/Non Comp Disbursements: | $15,977.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-04136 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GAINES, JOHN M | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4607 | | Money Market Acct #: | ******4136 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/29/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2011 | (4) | John Gaines | Joint checking account frozen by the IRS levy | 1129-000 | $23,955.42 | | $23,955.42 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.46 | | $23,955.88 |
| 04/22/2011 | | Transfer To Acct#******4136 | Transfer from money market to checking to pay non debtor spouse 1/2 funds deposited (joint account) and 4000.00 exemption claimed by debtor. | 9999-000 | | $15,977.71 | $7,978.17 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.79 | | $7,978.96 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.34 | | $7,979.30 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.33 | | $7,979.63 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.26 | | $7,979.89 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $7,979.89 | $0.00 |
| | | | **TOTALS:** | | $23,957.60 | $23,957.60 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $23,957.60 | |
| | | | Subtotal | | $23,957.60 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $23,957.60 | $0.00 | |

| For the period of 2/1/2011 to 12/29/2011 | | For the entire history of the account between 03/07/2011 to 12/29/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $23,957.60 | Total Compensable Receipts: | $23,957.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,957.60 | Total Comp/Non Comp Receipts: | $23,957.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $23,957.60 | Total Internal/Transfer Disbursements: | $23,957.60 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-04136 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GAINES, JOHN M | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4607 | | | Money Market Acct #: | ******4136 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/29/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $23,957.60 | $16,031.13 | $7,926.47 |

**For the period of 2/1/2011 to 12/29/2011**

| | |
|---|---:|
| Total Compensable Receipts: | $23,957.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,957.60 |
| Total Internal/Transfer Receipts: | $23,957.60 |
| | |
| Total Compensable Disbursements: | $53.42 |
| Total Non-Compensable Disbursements: | $15,977.71 |
| Total Comp/Non Comp Disbursements: | $16,031.13 |
| Total Internal/Transfer Disbursements: | $23,957.60 |

**For the entire history of the case between 02/01/2011 to 12/29/2011**

| | |
|---|---:|
| Total Compensable Receipts: | $23,957.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,957.60 |
| Total Internal/Transfer Receipts: | $23,957.60 |
| | |
| Total Compensable Disbursements: | $53.42 |
| Total Non-Compensable Disbursements: | $15,977.71 |
| Total Comp/Non Comp Disbursements: | $16,031.13 |
| Total Internal/Transfer Disbursements: | $23,957.60 |

| Case No.: | 11-04136 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GAINES, JOHN M | | | Date: | 12/29/2011 |
| Claims Bar Date: | 06/03/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe Suite 1004 Chicago IL 60603 | 08/06/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,547.99 | $1,547.99 | $0.00 | $0.00 | $0.00 | $1,547.99 |
| | BRUCE DE 'MEDICI Two First National Plaza 20 S. Clark # 300 Chicago IL 60603 | 12/01/2011 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $1,785.00 | $1,785.00 | $0.00 | $0.00 | $0.00 | $1,785.00 |
| 1 | COOK COUNTY TREASURER'S OFFICE Legal Department 118 North Clark Street - Room 112 Chicago IL 60602 | 03/04/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $28,080.14 | $28,080.14 | $0.00 | $0.00 | $0.00 | $28,080.14 |

**Claim Notes:** (1-1) Property Taxes. Objected to: make no secured payment. If any payment at all, only as unsecured non priority. 11.2.11 order

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DEPARTMENT OF THE TREASURE Internal Revenue Service P.O. Box 21126 Philadelphia PA 19114 | 03/18/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,262.88 | $1,262.88 | $0.00 | $0.00 | $0.00 | $1,262.88 |
| 2a | DEPARTMENT OF THE TREASURE Internal Revenue Service P.O. Box 21126 Philadelphia PA 19114 | 03/18/2011 | Real Estate - Consensual Liens | Allowed | 4110-000 | $0.00 | $29,955.29 | $29,955.29 | $0.00 | $0.00 | $0.00 | $29,955.29 |
| 2b | DEPARTMENT OF THE TREASURE Internal Revenue Service P.O. Box 21126 Philadelphia PA 19114 | 03/18/2011 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $16,320.02 | $16,320.02 | $0.00 | $0.00 | $0.00 | $16,320.02 |

Page No: 2     Exhibit C

CLAIM ANALYSIS REPORT

| Case No.: | 11-04136 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GAINES, JOHN M | | | | | | | Date: | 12/29/2011 |
| Claims Bar Date: | 06/03/2011 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | JPMORGAN CHASE BANK, NA<br>201 N. Central Ave.<br>AZ1-1024<br>Phoenix AZ 85004 | 03/24/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $250,000.00 | $250,000.00 | $0.00 | $0.00 | $0.00 | $250,000.00 |
| 4 | FIFTH THIRD BANK<br>P.O. Box 829009<br>Dallas TX 75382 | 03/26/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,868.21 | $7,868.21 | $0.00 | $0.00 | $0.00 | $7,868.21 |
| 5 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | 05/03/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,177.38 | $5,177.38 | $0.00 | $0.00 | $0.00 | $5,177.38 |
| **Claim Notes:** | (5-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 6 | MIAMI VALLEY STEEL SERVICE<br>Coface North America Ins Co<br>50 Millstone Rd Bldg 100 Ste 360<br>East Windsor NJ 085201419 | 05/11/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,193.14 | $10,193.14 | $0.00 | $0.00 | $0.00 | $10,193.14 |
| **Claim Notes:** | (6-1) goods sold | | | | | | | | | | | |
| 7 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington DE 198505145 | 05/12/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $21,335.55 | $21,335.55 | $0.00 | $0.00 | $0.00 | $21,335.55 |
| | | | | | | $373,525.60 | $373,525.60 | $0.00 | $0.00 | $0.00 | $373,525.60 |

Page No: 3    Exhibit C

## CLAIM ANALYSIS REPORT

| Case No. | 11-04136 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GAINES, JOHN M | Date: | 12/29/2011 |
| Claims Bar Date: | 06/03/2011 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $1,785.00 | $1,785.00 | $0.00 | $0.00 | $0.00 | $1,785.00 |
| Claims of Governmental Units - 507( | $16,320.02 | $16,320.02 | $0.00 | $0.00 | $0.00 | $16,320.02 |
| General Unsecured 726(a)(2) | $323,917.30 | $323,917.30 | $0.00 | $0.00 | $0.00 | $323,917.30 |
| Real Estate - Consensual Liens | $29,955.29 | $29,955.29 | $0.00 | $0.00 | $0.00 | $29,955.29 |
| Trustee Compensation | $1,547.99 | $1,547.99 | $0.00 | $0.00 | $0.00 | $1,547.99 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 11-04136
Case Name: JOHN M GAINES
Trustee Name: Horace Fox, Jr.

Balance on hand: $7,926.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | Department of the Treasure | $29,955.29 | $29,955.29 | $0.00 | $4,593.48 |

Total to be paid to secured creditors: $4,593.48
Remaining balance: $3,332.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $1,547.99 | $0.00 | $1,547.99 |
| Bruce de 'Medici, Attorney for Trustee Fees | $1,785.00 | $0.00 | $1,785.00 |

Total to be paid for chapter 7 administrative expenses: $3,332.99
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,320.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2b | Department of the Treasure | $16,320.02 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $323,917.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cook County Treasurer's Office | $28,080.14 | $0.00 | $0.00 |
| 2 | Department of the Treasure | $1,262.88 | $0.00 | $0.00 |
| 3 | JPMorgan Chase Bank, NA | $250,000.00 | $0.00 | $0.00 |
| 4 | Fifth Third Bank | $7,868.21 | $0.00 | $0.00 |
| 5 | American Express Centurion Bank | $5,177.38 | $0.00 | $0.00 |
| 6 | Miami Valley Steel Service | $10,193.14 | $0.00 | $0.00 |
| 7 | Chase Bank USA, N.A. | $21,335.55 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |