**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04136 |
| | § | |
| JOHN M GAINES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 2/22/2012, at 10:30 a.m. at 219 S. Dearborn, Courtroom 642, United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/02/2012          By:   /s/ Horace Fox, Jr.
                                              (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04136 |
| | § | |
| JOHN M GAINES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $23,957.60
*and approved disbursements of*     $16,031.13
*leaving a balance on hand of[1]:*     $7,926.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | Department of the Treasure | $29,955.29 | $29,955.29 | $0.00 | $4,593.48 |

Total to be paid to secured creditors:     $4,593.48
Remaining balance:     $3,332.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $1,547.99 | $0.00 | $1,547.99 |
| Bruce de 'Medici, Attorney for Trustee Fees | $1,785.00 | $0.00 | $1,785.00 |

Total to be paid for chapter 7 administrative expenses:     $3,332.99
Remaining balance:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,320.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2b | Department of the Treasure | $16,320.02 | $0.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $323,917.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Cook County Treasurer's Office | $28,080.14 | $0.00 | $0.00 |
| 2 | Department of the Treasure | $1,262.88 | $0.00 | $0.00 |
| 3 | JPMorgan Chase Bank, NA | $250,000.00 | $0.00 | $0.00 |
| 4 | Fifth Third Bank | $7,868.21 | $0.00 | $0.00 |
| 5 | American Express Centurion Bank | $5,177.38 | $0.00 | $0.00 |
| 6 | Miami Valley Steel Service | $10,193.14 | $0.00 | $0.00 |
| 7 | Chase Bank USA, N.A. | $21,335.55 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
                         Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                               United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                                  Case No. 11-04136-SPS
John M Gaines                                                                           Chapter 7
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: adragonet              Page 1 of 3                  Date Rcvd: Feb 03, 2012
                               Form ID: pdf006              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2012.
db           +John M Gaines,    10 S Brooke Lane,    South Barrington, IL 60010-9357
18333388      Alicia Mathews,    1939 N. Marquette Rd,    Chicago,IL 60629
18333430      Alliance,   4180 RFD Route 83,    Suite 208,   Longgrov,IL
16754320     +American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
17225991      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16754329     +CSS Alliance Inc,    P.O. Box 3876,    Barrington, IL 60011-3876
18333387     +Capl Auto Finance,    9441 Lbj Freeway Suite 250,    Dallas,TX 75243-4640
16754321      Chase,   P.O. Box 15153,    Wilmington, DE   19886-5153
16754322      Chase,   P.O Box 9001022,    Louisville, KY   40290-1022
17269354      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16754323     +Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
16754324     +Chase Home Finance LLC,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
16754325     +Chase Home Mortgage,    PO Box 44118,    Jacksonville, FL 32231-4118
16754327    #+Coface Collections North America,    P.O. Box 8471,    Metairie, LA 70011-8471
16754326      Coface North America Insurance Company,    50 Millstone Rd., Bldg. 100 Ste.360,
               East Windsor, NJ 08520-1419
18333432      Collection,    155 YK 17363,    H&F /Law
16754328     +Cook County Treasurer,    P.O. Box 4488,    Carol Stream, IL 60197-4488
16913447     +Cook County Treasurer’s Office,    Legal Department,    118 North Clark Street - Room 112,
               Chicago, IL 60602-1332
16754330     +Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
17021534     +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
16754331     +Flanagan Bilton LLC,    500 N Dearborn Ste 400,    Chicago, IL 60654-3386
16754332     +Four Starr Steel,    6689 Orchard Lake Rd 338,    West Bloomfield, MI 48322-3404
16754318     +Gaines John M,    10 S Brooke Lane,    South Barrington, IL 60010-9357
16754333     +Impact Steel,    1551 Adademy,    Ferndale, MI 48220-2001
16754334     +Impact Steel Of Canada,    1551 Adademy,    Detroit, MI 48220-2001
18333386     +Krystal Bunton,    1964 N. Westview,    Roundlake 60073-3705
16754336     +Land Rover Financing Group,    C/O Chase,    PO Box 78069,    Phoenix, AZ 85062-8069
17261243     +Miami Valley Steel Service,    Coface North America Ins Co,    50 Millstone Rd Bldg 100 Ste 360,
               East Windsor NJ 08520-1415
16754337     +Neiman Marcus,    PO Box 5235,    Carol Stream, IL 60197-5235
18333431     +Plain Commerce,    BANK,   515 South Flower,    Suite 4400,   La, CA 90071-2219
16754338     +Pointe Steel Sales,    PO Box 361039,    Grosse Pointe Farms, MI 48236-5039
16754339     +Premier Steel LLC,    3400 Lafayette East,    Detroit, MI 48207-4962
16754319     +Thomas W Drexler,    77 W Washington St Ste 1910,    Chicago, IL 60602-3176
16879120     +Washington Mutual Bank,    C/O Chuhak & Tecson,Inc.,    30 S. Wacker Drive,    Suite 2600,
               Chicago, IL 60606-7512
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18333433     +E-mail/Text: bknotice@erccollections.com Feb 04 2012 03:24:57      Enhanced Recovery,
               8014 Bayberry Rd,   Jacksonville,FL 32256-7412
18333434     +E-mail/Text: Bankruptcy@icsystem.com Feb 04 2012 03:24:53      IC System Inc,   444 Highway 96e,
               Saint Paul,MN 55127-2557
16754335      E-mail/Text: cio.bncmail@irs.gov Feb 04 2012 03:18:37      Department of the Treasury,
               Internal Revenue Service,    P.O. Box 21126,   Philadelphia, PA   19114
17011487     +E-mail/Text: BK.Notifications@jpmchase.com Feb 04 2012 03:21:31      JPMorgan Chase Bank, NA,
               201 N. Central Ave.,   AZ1-1024,    Phoenix, AZ 85004-0073
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: adragonet           Page 2 of 3           Date Rcvd: Feb 03, 2012
                              Form ID: pdf006           Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2012**                                **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: adragonet              Page 3 of 3                  Date Rcvd: Feb 03, 2012
                              Form ID: pdf006              Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2012 at the address(es) listed below:
```
              Bruce E de'Medici    on behalf of Attorney Bruce de'Medici bdemedici@gmail.com
              Heather M Giannino    on behalf of Creditor  JP Morgan Chase Bank, National Association
               heathergiannino@hsbattys.com,    shellyhood@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
              Horace   Fox    foxhorace@aol.com,   hf@trustesolutions.net;hf@trustesolutions.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas W Drexler    on behalf of Debtor John Gaines drexler321@aol.com,   chicagolawyers@aol.com
                                                                                                 TOTAL: 5
```