**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04136 |
| | § | |
| JOHN M GAINES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,045,685.00 | Assets Exempt: | $21,900.00 |
| Total Distributions to Claimants: | $4,593.48 | Claims Discharged Without Payment: | $445,543.28 |
| Total Expenses of Administration: | $3,386.41 | | |

3) Total gross receipts of $23,957.60 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $15,977.71 (see **Exhibit 2),** yielded net receipts of $7,979.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $4,007,750.94 | $29,955.29 | $29,955.29 | $4,593.48 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,386.41 | $3,386.41 | $3,386.41 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $30,330.29 | $16,320.02 | $16,320.02 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $436,084.83 | $323,917.30 | $323,917.30 | $0.00 |
| **Total Disbursements** | $4,474,166.06 | $373,579.02 | $373,579.02 | $7,979.89 |

4). This case was originally filed under chapter 7 on 02/01/2011. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/30/2012     By:  /s/ Horace Fox, Jr.
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Itasca Bank, checking account, joint with wife, frozen by IRS levy, $23,000 approximately on deposit | 1129-000 | $23,955.42 |
| Interest Earned | 1270-000 | $2.18 |
| **TOTAL GROSS RECEIPTS** | | **$23,957.60** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| John Gaines | Exemptions | 8100-002 | $4,000.00 |
| Patricia Gaines | Funds to Third Parties | 8500-002 | $11,977.71 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,977.71** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2a | Department of the Treasure | 4110-000 | $26,870.96 | $29,955.29 | $29,955.29 | $4,593.48 |
| | Chase Home Mortgage | 4110-000 | $3,906,488.79 | NA | $0.00 | $0.00 |
| | Land Rover Financing Group | 4110-000 | $40,762.00 | NA | $0.00 | $0.00 |
| | Land Rover Financing Group | 4110-000 | $33,629.19 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$4,007,750.94** | **$29,955.29** | **$29,955.29** | **$4,593.48** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,547.99 | $1,547.99 | $1,547.99 |
| Green Bank | 2600-000 | NA | $53.42 | $53.42 | $53.42 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $1,785.00 | $1,785.00 | $1,785.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$3,386.41** | **$3,386.41** | **$3,386.41** |

UST Form 101-7-TDR (5/1/2011)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2b | Department of the Treasure | 5800-000 | $30,330.29 | $16,320.02 | $16,320.02 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $30,330.29 | $16,320.02 | $16,320.02 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cook County Treasurer's Office | 7100-000 | $26,870.96 | $28,080.14 | $28,080.14 | $0.00 |
| 2 | Department of the Treasure | 7100-000 | NA | $1,262.88 | $1,262.88 | $0.00 |
| 3 | JPMorgan Chase Bank, NA | 7100-000 | $253,763.89 | $250,000.00 | $250,000.00 | $0.00 |
| 4 | Fifth Third Bank | 7100-000 | $8,300.00 | $7,868.21 | $7,868.21 | $0.00 |
| 5 | American Express Centurion Bank | 7100-000 | $3,900.00 | $5,177.38 | $5,177.38 | $0.00 |
| 6 | Miami Valley Steel Service | 7100-000 | $16,674.00 | $10,193.14 | $10,193.14 | $0.00 |
| 7 | Chase Bank USA, N.A. | 7100-000 | $21,270.02 | $21,335.55 | $21,335.55 | $0.00 |
| | Chase Cardmember Service | 7100-000 | $21,355.55 | NA | NA | $0.00 |
| | Coface | 7100-000 | $10,193.14 | NA | NA | $0.00 |
| | Flanagan Bilton LLC | 7100-000 | $7,809.61 | NA | NA | $0.00 |
| | Four Starr Steel | 7100-000 | $10,807.94 | NA | NA | $0.00 |
| | Impact Steel | 7100-000 | $9,045.66 | NA | NA | $0.00 |
| | Impact Steel Of Canada | 7100-000 | $18,554.43 | NA | NA | $0.00 |
| | Neiman Marcus | 7100-000 | $12,357.84 | NA | NA | $0.00 |
| | Pointe Steel Sales | 7100-000 | $7,681.79 | NA | NA | $0.00 |
| | Stan Morganstern | 7100-000 | $7,500.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $436,084.83 | $323,917.30 | $323,917.30 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-04136 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GAINES, JOHN M | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 8/30/2012 | §341(a) Meeting Date: | 03/16/2011 |
| | | Claims Bar Date: | 06/03/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 10 S. Brooke Lane, South Barrington, IL (purchased in 2005 for $3,800,000) | $3,000,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Cash | $50.00 | $50.00 | DA | $0.00 | FA |
| 3 | Chase Bank, 2 checking accounts | $35.00 | $35.00 | DA | $0.00 | FA |
| 4 | Itasca Bank, checking account, joint with wife, frozen by IRS levy, $23,000 approximately on deposit | $4,000.00 | $0.00 | | $23,955.42 | FA |
| Asset Notes: | This asset though listed at 4,000 should provide about 7988.5 after paying spouse 1/2 and paying 4,000 exemption to debtor. | | | | | |
| 5 | Misc. furnishings, household goods (gross estimate of total value including wife's interest is $5,000) | $2,500.00 | $2,500.00 | DA | $0.00 | FA |
| 6 | Usual complement of man's clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 7 | CSS Alliance Inc 100% of stock, no value net of debt | $0.00 | $0.00 | DA | $0.00 | FA |
| 8 | 1991 Mercedes 500SL (gross estimate of value is $5,000, less wife's interest) | $2,500.00 | $100.00 | DA | $0.00 | FA |
| 9 | 2007 Range Rover | $30,000.00 | $0.00 | DA | $0.00 | FA |
| 10 | 2008 Range Rover | $28,000.00 | $0.00 | DA | $0.00 | FA |
| 11 | Dogs, housepets | $0.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $2.18 | Unknown |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$3,067,585.00    $2,685.00    $23,957.60    $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit 8

| **Case No.:** | 11-04136 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | GAINES, JOHN M | | | **Date Filed (f) or Converted (c):** | 02/01/2011 (f) |
| **For the Period Ending:** | 8/30/2012 | | | **§341(a) Meeting Date:** | 03/16/2011 |
| | | | | **Claims Bar Date:** | 06/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

09/10/2011   Itasca Bank checking account collected 7.25.11.

Consulted accountant, no taxes due. Need to examine claims, file objections and final report. 9.10.11

Final report submitted UST 12.29.11.

Final report in court on 2.22.12, 10.30 am, 642. 2.4.12.

Judge not available 2.22.12 final report continued to 3.20.12.  3.11.12

Orders entered  3.2.12, run another distribution and cut checks. 3.20.12

Final account ready, zero balance as of 4.8.12

Judge Barnes assigned to case. 5.14.12

**Initial Projected Date Of Final Report (TFR):**   12/29/2011      **Current Projected Date Of Final Report (TFR):**   12/29/2011      /s/ HORACE FOX, JR.
                                                                                                                                                                         HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04136 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GAINES, JOHN M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4607 | | | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 2/1/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/30/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $7,979.89 | | $7,979.89 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.90 | $7,976.99 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.87 | $7,964.12 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $13.26 | $7,950.86 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.00 | $7,938.86 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.39 | $7,926.47 |
| 03/20/2012 | 5001 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,547.99 | $6,378.48 |
| 03/20/2012 | 5002 | Bruce de 'Medici | Final Dividend: 22.51; Amount Allowed: 1,785.00; | 3210-000 | | $1,785.00 | $4,593.48 |
| 03/20/2012 | 5003 | Department of the Treasure | Final Claim #: 2; Dividend: 57.95; Amount Allowed: 29,955.29; | 4110-000 | | $4,593.48 | $0.00 |
| | | | **TOTALS:** | | $7,979.89 | $7,979.89 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $7,979.89 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $7,979.89 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $7,979.89 | |

| For the period of 2/1/2011 to 8/30/2012 | | For the entire history of the account between 07/25/2011 to 8/30/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,979.89 | Total Internal/Transfer Receipts: | $7,979.89 |
| | | | |
| Total Compensable Disbursements: | $7,979.89 | Total Compensable Disbursements: | $7,979.89 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,979.89 | Total Comp/Non Comp Disbursements: | $7,979.89 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-04136 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GAINES, JOHN M | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4607 | | | Checking Acct #: | ******4136 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/30/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/22/2011 | | Transfer From Acct#******4136 | | 9999-000 | $15,977.71 | | $15,977.71 |
| 04/22/2011 | 2 | Patricia Gaines | Funds paid to third parties, non filing spouse, 50% of joint account, Itasca Bk. | 8500-002 | | $11,977.71 | $4,000.00 |
| 04/22/2011 | 3 | John Gaines | Exemption paid to debtor. | 8100-002 | | $4,000.00 | $0.00 |
| | | | **TOTALS:** | | $15,977.71 | $15,977.71 | $0.00 |
| | | | Less: Bank transfers/CDs | | $15,977.71 | $0.00 | |
| | | | Subtotal | | $0.00 | $15,977.71 | |
| | | | Less: Payments to debtors | | $0.00 | $4,000.00 | |
| | | | Net | | $0.00 | $11,977.71 | |

| For the period of 2/1/2011 to 8/30/2012 | | For the entire history of the account between 04/22/2011 to 8/30/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,977.71 | Total Internal/Transfer Receipts: | $15,977.71 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $15,977.71 | Total Non-Compensable Disbursements: | $15,977.71 |
| Total Comp/Non Comp Disbursements: | $15,977.71 | Total Comp/Non Comp Disbursements: | $15,977.71 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 11-04136  Doc 42  Filed 09/21/12  Entered 09/21/12 11:21:24  Desc Main
Document      Page 9 of 10

Page No: 3    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-04136 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GAINES, JOHN M | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4607 | | Money Market Acct #: | ******4136 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/30/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2011 | (4) | John Gaines | Joint checking account frozen by the IRS levy | 1129-000 | $23,955.42 | | $23,955.42 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.46 | | $23,955.88 |
| 04/22/2011 | | Transfer To Acct#******4136 | Transfer from money market to checking to pay non debtor spouse 1/2 funds deposited (joint account) and 4000.00 exemption claimed by debtor. | 9999-000 | | $15,977.71 | $7,978.17 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.79 | | $7,978.96 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.34 | | $7,979.30 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.33 | | $7,979.63 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.26 | | $7,979.89 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $7,979.89 | $0.00 |
| | | | **TOTALS:** | | $23,957.60 | $23,957.60 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $23,957.60 | |
| | | | Subtotal | | $23,957.60 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $23,957.60 | $0.00 | |

| For the period of 2/1/2011 to 8/30/2012 | | For the entire history of the account between 03/07/2011 to 8/30/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $23,957.60 | Total Compensable Receipts: | $23,957.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,957.60 | Total Comp/Non Comp Receipts: | $23,957.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $23,957.60 | Total Internal/Transfer Disbursements: | $23,957.60 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 11-04136 |
| **Case Name:** | GAINES, JOHN M |
| **Primary Taxpayer ID #:** | ******4607 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 2/1/2011 |
| **For Period Ending:** | 8/30/2012 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | STERLING BANK |
| **Money Market Acct #:** | ******4136 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $23,957.60 | $23,957.60 | $0.00 |

| For the period of 2/1/2011 to 8/30/2012 | | For the entire history of the case between 02/01/2011 to 8/30/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $23,957.60 | Total Compensable Receipts: | $23,957.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,957.60 | Total Comp/Non Comp Receipts: | $23,957.60 |
| Total Internal/Transfer Receipts: | $23,957.60 | Total Internal/Transfer Receipts: | $23,957.60 |
| | | | |
| Total Compensable Disbursements: | $7,979.89 | Total Compensable Disbursements: | $7,979.89 |
| Total Non-Compensable Disbursements: | $15,977.71 | Total Non-Compensable Disbursements: | $15,977.71 |
| Total Comp/Non Comp Disbursements: | $23,957.60 | Total Comp/Non Comp Disbursements: | $23,957.60 |
| Total Internal/Transfer Disbursements: | $23,957.60 | Total Internal/Transfer Disbursements: | $23,957.60 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.